RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Devin Michael Enriques

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00132-APG-MDC |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| DEVIN MICHAEL ENRIQUES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M Frierson, United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Devin Michael Enriques, that the Revocation Hearing currently scheduled on August 8, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Enriques's current revocation hearing date coincides with the due date for the birth of his first child.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1     This is the first request for a continuance of the revocation hearing.

2     DATED this 9th day of July, 2024.

3

| | |
|---|---|
| 4  RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| 5 | |
| 6    */s/ Brian Pugh*<br>By_____ | */s/ Daniel Schiess*<br>By_____ |
| 7  BRIAN PUGH<br>Assistant Federal Public Defender | DANIEL SCHIESS<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DEVIN MICHAEL ENRIQUES,<br><br>        Defendant. | Case No. 2:24-cr-00132-APG-MDC<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 8, 2024 at 11:00 a.m., be vacated and continued to September 18, 2024 at the hour of 10:30 a.m. in courtroom 6C.

   DATED this 12th day of July, 2024.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE

3